**BRIAN T. DUNN, ESQ, (SBN 176502)**
Email: bdunn@cochranfirm.com
**THE COCHRAN FIRM – CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff, CHARF LLOYD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARF LLOYD, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendant(s) | CASE NO. 5:21-CV-01006-JGB-SP <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

TO THE HONORABLE FERNANDO M. OLGUIN, AND TO THE HONORABLE JOHN D. EARLY: PLEASE TAKE NOTICE, that Plaintiff Charf Lloyd and Defendants City of Los Angeles, by and through their attorneys of record, have reached a conditional settlement in the above-referenced matter. This settlement is conditioned upon the approval of the Los Angeles City Council.

ALL PARTIES therefore respectfully request that this Court retain jurisdiction over this matter for a period of six (6) months pending full and final resolution of all administrative requirements and Council approval.

DATED: February 24, 2023          Respectfully submitted,

**THE COCHRAN FIRM CALIFORNIA**

/s/ Brian T. Dunn          .
Brian T. Dunn, Esq.
Attorneys for Plaintiff,
Charf Lloyd