# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-6229 FMO (JDEx) | Date | June 29, 2023 |
|---|---|---|---|
| Title | Charf Lloyd v. City of Los Angeles, et al. | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Gabriela Garcia | Katherine Stride | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Brian Dunn | Christina Gasparian |

**Proceedings:** **Status Conference**

The court and counsel confer regarding settlement.

For the reasons stated on the record, the court sets a further Status Conference for **September 21, 2023**, at **10:00 a.m.**

The Clerk shall administratively close the case.

IT IS SO ORDERED.

|  | 00 : 04 |
|---|---|
| Initials of Preparer | gga |